Date: 11/10/09     DIVIDENDS REMITTED TO THE COURT     149386     Page:

Case Number 08-12694 - HEPNER, KRISTEN L -H

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<br>ACCOUNT NO. 8345 | 000001 | 318.60 | 2.23 | ck 105 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<br>ACCOUNT NO. 0421 | 000002 | 118.24 | 0.83 | ck 106 |
| TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>ACCOUNT NO. 9671 | 000008 | 646.52 | 4.52 | ck 111 |

---------- Remittance Total ---------------         1,083.36     7.58

*(signature)* 
RICHARD A. BAUMGART, Trustee

FILED
09 NOV 17 PM 3:13
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

COURT1                                                        Printed: 11/10/09 01:16 PM    Ver: 15.02

08-12694-aih    Doc 47    FILED 11/17/09    ENTERED 11/17/09 16:17:57    Page 1 of 1